UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                        Case No..:

Kirk James Campbell and
Teresa Barton Campbell,

        Debtor(s).
_____/


__X_____    **Chapter 13 Plan**            _____    **Amended Chapter 13 Plan**

        COMES NOW, the Debtor(s) and files this Chapter 13 Plan.  The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:


PLAN PAYMENTS


**Payment Number by months            Amount of Monthly Plan payment**

**1- 36 (July 14, 2011 - June 14, 2014)                $   359.58**


        The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**,  to Douglas W. Neway, Chapter 13 Standing Trustee, P.O. Box 2079, Memphis, Tennessee 38101-2079.  The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.


PAYMENT OF CLAIMS THROUGH THE PLAN


**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Law Office of Nancy Akel Draughon, PA | $1,839.00 | $250.00 | 1 - 7 |
| | | $89.00 | 8 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Internal Revenue Service (2008) | $375.64 Pays the claim in full at 6% annual rate of interest. | $11.43 | 1 - 36 |
| Internal Revenue Service (2010) | $900.00 | $25.00 | 1 - 36 |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Property to Be Surrendered:**

| Creditor Name: | Property Address: |
|---|---|
| Wells Fargo Home Mortgage | 4459 Iroquois Avenue Jacksonville, FL 32210 |
| Regions Bank | 4459 Iroquois Avenue Jacksonville, FL 32210 |
| Westgate Resorts | Time Share |

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**(motion to value must be filed consistent with plan treatment)**

**Executory Contracts:**

**The following Executory Contracts are assumed**
**Name of Creditor:**        **Description of Collateral:**        **Month Numbers**:


**The following Executory Contracts are rejected**:
**Name of Creditor:**               **Description of Collateral:**


**Liens to by Avoided pursuant to 11 U.S.C. Section 522(f):**


**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage**: 13.8 %**


Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).


# Other Provisions: (Bold and in larger font)


Submitted this 14th day of June, 2011.


/s/ Nancy Draughon
Attorney for Debtor
Nancy Akel Draughon, Esquire
Florida Bar Number: 75086
Law Office of Nancy Akel Draughon, P.A.
3733 University Blvd. W. Suite 212
Jacksonville, FL 32217
Nancy@NorthFloridaBankruptcy.com
(904)394-3205/ Fax: (904)394-3206